No. 605, Misc.   JONES ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *Grover N. McCormick* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 618, Misc.   LEWIS *v.* PEPERSACK, WARDEN.   Court of Appeals of Maryland.   Certiorari denied.

No. 116, Misc.   WADE *v.* CUMMINGS, WARDEN.   Supreme Court of Errors of Connecticut.   Certiorari denied. Petitioner *pro se.   Lorin W. Willis* for respondent.

No. 201, Misc.   NAVARRETTE-NAVARRETTE *v.* LANDON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.   *Fred Okrand* and *A. L. Wirin* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for respondent.

No. 342, Misc.   JONES *v.* MAYO, PRISON CUSTODIAN. Supreme Court of Florida.   Certiorari denied.   Petitioner *pro se.   Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 366, Misc.   WELLS *v.* MADIGAN, WARDEN.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.